UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM REYNOLDS,

        Petitioner,	Case Number 19-10411
v.	Honorable David M. Lawson

JOSEPH BARRETT,

        Respondent.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

This matter is before the Court on the petitioner's motion for appointment of counsel. There is no constitutional right to counsel for habeas proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Post v. Bradshaw*, 422 F.3d 419, 423 n.1 (6th Cir. 2005). Habeas proceedings are civil proceedings, *Browder v. Director, Dep't of Corr. of Ill.*, 434 U.S. 257, 269 (1978), and "'appointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege not a right.'" *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *U.S. v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965)). The Court does not see grounds to grant Reynolds's request for appointment of counsel at the present time.

Accordingly, it is **ORDERED** that the petitioner's motion for appointment of counsel (ECF No. 3) is **DENIED**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Date: February 15, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 15, 2019.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI